| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MCGUIREWOODS LLP<br>ALISON V. LIPPA [SBN #160807]<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA  90067-1501<br>Telephone:  310.315.8200<br>Facsimile:  310.315.8210<br>Email: alippa@mcguirewoods.com<br><br>Attorneys for Defendant<br>BANK OF AMERICA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL T. NOBLE; and MOUNTAIN INVESTMENTS, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FAY SERVICING; BANK OF AMERICA, N.A.; PROF-2013-S3 REMIC TRUST III; US BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; MERSCORP, INC.; and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.  5:14-cv-04671-NC<br><br>[Assigned to the Hon. Nathanael M. Cousins in Courtroom 7]<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED AGAINST BANK OF AMERICA, N.A. WITH PREJUDICE<br><br>[Fed. R. Civ. P. Rule 41(a)]<br><br>Complaint Filed:    July 11, 2014<br>Trial Date:             None Set |

This matter is before the Court regarding the Joint Stipulation of Plaintiff MICHAEL T. NOBLE; and MOUNTAIN INVESTMENTS, LLC ("Plaintiffs") and Defendant BANK OF AMERICA, N.A. ("BANA") to dismiss this case with prejudice after settlement against BANA.

Having considered the Joint Stipulation presented, it appears that good cause exists to dismiss this case with prejudice against BANA.

THEREFORE, IT IS HEREBY ORDERED that

1. The case is dismissed with prejudice after settlement against BANA only.

2. Each party will bear its own attorneys' fees and costs associated with this case.

IT IS SO ORDERED.

Dated: ___January 14, 2015___   _____
                                THE HONORABLE NATHANAEL M. COUSINS
                                UNITED STATES MAGISTRATE JUDGE

*GRANTED*
*Judge Nathanael M. Cousins*

# CERTIFICATE OF SERVICE

I, Alison V. Lippa, certify that on January 14, 2015, the foregoing document entitled **[PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED AGAINST BANK OF AMERICA, N.A. WITH PREJUDICE** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

        */s/ Alison V. Lippa*
        Alison V. Lippa